# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEITH VOGEL, individually

    Plaintiff,

vs.

TIMOTHY TYLITZKI;
INTERSTATE DISTRIBUTOR CO.,
DOES 1 through 10; and ROE
CORPORATIONS 1 through 10, inclusive

    Defendants.

CASE NO: 2:15-cv-02408-JAD-CWH

**ORDER**

## STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between the parties, through their counsel of record, that all of Plaintiff's claims against Defendants shall be dismissed with prejudice, each party to bear its own attorneys' fees and Court costs.

Dated this 15 day of January 2016.

REMMEL LAW FIRM

_____
Jonathan Remmel, Esq.
Nevada Bar No. 008627
6900 Westcliff Dr., #504
Las Vegas, NV 89134
Attorney for Plaintiff

Dated this 0 day of January 2016.

BAUMAN LOEWE WITT & MAXWELL

_____
Michael C. Mills, Esq.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste, 114
Las Vegas, NV 89130
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that the within matter be and hereby is dismissed with prejudice, each party to bear their own costs. The Clerk of Court is instructed to close this case.

Dated: February 18, 2016.

_____
UNITED STATES DISTRICT JUDGE